**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-54437 | CMC | Judge: | Charles M. Caldwell | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|---|---|
| Case Name: | Jeremy M Edmond | | | | Date Filed (f) or Converted (c): | 07/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/17/2015 |
| For Period Ending: | 08/21/2015 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account Huntington National Bank | 340.33 | 0.00 | | 0.00 | FA |
| 2. Prepaid Employment Card (Pizza Hut) | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household Items And Furniture Location: Residence | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing, Towels And Bedding Location: Residence | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Jewelry Location: Debtor's Possession Or Resid | 200.00 | 0.00 | | 0.00 | FA |
| 6. Gap Stock 12 Shares Of Stock | 462.24 | 0.00 | | 0.00 | FA |
| 7. 2010 Chevy Impala Miles: Unknown Due To Mileage Rollback Loc | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 2013 Chrysler 200 75,000+ Miles Location: Residence | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. Possible Preference Action (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $21,552.57    $1.00    $0.00    $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

08/21/2015:  Trustee will seek to recover a preferential payment Debtor made to creditor within the 90 days before the Bankruptcy filing.

Initial Projected Date of Final Report (TFR): 08/17/2016        Current Projected Date of Final Report (TFR):

Trustee Signature:    /s/ Amy L. Bostic    Date: 08/21/2015
Amy L. Bostic
50 West Broad Street, Suite 1200
Columbus, OH  43215
(614) 221-7663